JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 870 -- In re Alaska Teamsters Pension Fund Retirement Plan Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 90/12/05 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS, CERT. OF SVC., EXHIBITS A AND B -- filed by The Widener Plaintiffs for transfer of action -- SUGGESTED TRANSFEREE DISTRICT: W.D. Washington (ds) |
| 90/12/10 |  | HEARING ORDER -- Setting motion for transfer for Panel Hearing on January 25, 1991 in Houston, Texas (rh) |
| 90/12/17 | 2 | BRIEF (to pldg. #1) -- pltfs. Kenneth W. Thayer, et al. w/affidavit of svc. (ds) |
| 90/12/17 |  | APPEARANCES -- RICHARD J. BIRMINGHAM, ESQ. for Kenneth W. Thayer, et al.; WILLIAM H. SONG, ESQ. for Alaska Teamster-Employers Pension Trust; RICHARD L. DASHEFSKY, ESQ. for Western Conference of Teamsters Pension Trust Fund (ds) |
| 90/12/27 | 3 | RESPONSE (to pldg. #3) -- deft. Alaska Teamster-Employer Pension Trust -- w/cert. of service (received 12/26/90) (filed as response according to Rule 10(h)) (cdm) |
| 91/01/03 | 4 | SUPPLEMENTAL RESPONSE -- (to pldg. #2) Kenneth W. Thayer, et al. -- w/cert. of svc. (received 1/3/91) (rh) |
| 91/01/04 | 5 | MOTION FOR CONTINUANCE OF HEARING ON JANUARY 25, 1991 -- Filed by Alaska Teamster-Employer Pension Trust -- DENIED -- w/Affidavit of William H. Song and cert. of svc. (received 1/4/91) (rh) |
| 91/01/04 | 6 | SUPPLEMENTAL MEMORANDUM TO PLDG. #3 -- Alaska Teamster-Employer Pension Trust -- w/cert. of svc. (received 1/4/91) (rh) |
| 91/01/11 |  | APPEARANCE -- LAWRENCE WALNER, ESQ. for John Widener, et al. (rh) |
| 91/01/11 | 7 | NOTICE OF FILING; REQUEST FOR PERMISSION TO FILE REPLY -- ACCEPTED; REPLY -- filed by The Widener Plaintiffs -- w/Attachment and cert. of service (cdm) |
| 91/01/16 | 8 | SUPPLEMENTAL INFORMATION TO PLDG. #3 -- Alaska Teamster-Employer Pension Trust -- w/cert. of svc. (received 1/16/91) (rh) |

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 870 --

| Date | Pld. | Pleading Description |
|---|---|---|
| 91/01/22 | 9 | SUPPLEMENTAL INFORMATION TO PLDG. #5 -- Alaska Teamster-Employer Pension Trust -- w/brief filed in W.D. Wash. and cert. of svc. (received 1/22/91) (rh) |
| 91/01/25 | | HEARING APPEARANCES -- LAWRENCE WALNER, ESQ. for John Widener, et al.; RICHARD J. BIRMINGHAM, ESQ. for Kenneth Thayer, MaryAlyce Sager, Joe Stanford, etc.; BRIGID CARROLL, ESQ. for Alaska Teamster-Employer Pension Trust and its Trustees (ds) |
| 91/01/25 | | WAIVER OF ORAL ARGUMENT -- Western Conference of Teamsters Pension Trust Fund (ds) |
| 91/02/05 | 10 | LETTER -- Letter regarding deferer of court actions -- signed by Richard J. Birmingham counsel for Kenneth W. Thayer, et al. -- w/cert. of svc. (sg) |
| 91/02/08 | 11 | SUPPLEMENTAL LETTER -- (to pldg.#10) -- signed by Richard J. Birmingham -- w/cert. of svc. (sg) |
| 91/02/15 | 12 | SUPPLEMENTAL INFORMATION -- signed by William H. Song counsel for Alaska Teamster-Employers Pension Trust -- w/cert. of svc. (sg) |
| 91/02/20 | 13 | SUPPLEMENTAL INFORMATION -- signed by William H. Song counsel for Alaska Teamster-Employers Pension Trust -- w/cert of svc. (sg) |
| 91/02/20 | | ORDER DENYING TRANSFER OF LITIGATION -- Notified involved clerks, judges, counsel and misc. recipients. (ds) |

JPML Form 1

Revised: 8/78

**DOCKET NO. 870 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

CAPTION: IN RE ALASKA TEAMSTERS PENSION FUND RETIREMENT PLAN LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| Jan. 25, 1991 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | Feb. 20, 1991 | MO | Unpublished | | | |

Special Transferee Information

DATE CLOSED: 2/20/91

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 870 -- In re Alaska Teamsters Pension Fund Retirement Plan Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | John Widener, et al. v. Alaska Teamster-Employers Pension Trust, etc. | W.D.Wash. Coughenour | C90-1531 | | | | 2/20/91 D |
| A-2 | Kenneth W. Thayer, et al. v. Alaska Teamster-Employer Pension Trust, etc. | D.Alaska Singleton | A90-147 | | | | 2/20/91 D |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO.  870 --  In re Alaska Teamsters Pension Fund Retirement Plan Litigation

JOHN WIDENER, ET AL. (A-1)

Lawrence Walner, Esquire
Lawrence Walner & Associates, Ltd.
150 North Wacker Drive
Suite 1870
Chicago, Illinois  60606

KENNETH W. THAYER, ET AL. (A-2)
Richard J. Birmingham, Esquire
Davis, Wright & Tremaine
1501 Fourth Avenue
2600 Century Square
Seattle, Washington  98101-1688

ALASKA TEAMSTER-EMPLOYERS PENSION
  TRUST
William H. Song, Esquie
Davies, Roberts & Reid
101 Elliott Avenue West
Suite 550
Seattle, Washington  98119

WESTERN CONFERENCE OF TEAMSTERS PENSION
  TRUST FUND
Richard L. Dashefsky, Esquire
Gibson, Dunn & Crutcher
1050 Connecticut Avenue, N.W.
Suite 900
Washington, D.C.  200036

JPML FORM 3

p. 1

**COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

DOCKET NO. 870 -- In re Alaska Teamsters Pension Fund Retirement Plan Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Alaska Teamster-Employers Pension Trust | A-1, A-2 |
| Western Conference of Teamsters Pension Trust Fund | A-1 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |