JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

FEB 20 1991

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 870

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE ALASKA TEAMSTERS PENSION FUND RETIREMENT PLAN LITIGATION

John Widener, et al. v. Alaska Teamster-Employer Pension Trust, etc., W.D. Washington, C.A. No. C90-1531
Kenneth W. Thayer, et al. v. Alaska Teamster-Employer Pension Trust, etc., D. Alaska, C.A. No. A90-147

BEFORE JOHN F. NANGLE, CHAIRMAN, S. HUGH DILLIN, MILTON POLLACK, LOUIS H. POLLAK, HALBERT O. WOODWARD, ROBERT R. MERHIGE, JR., AND WILLIAM B. ENRIGHT, JUDGES OF THE PANEL

ORDER DENYING TRANSFER

This litigation consists of the two above-captioned actions pending in the Western District of Washington and the District of Alaska, respectively. Before the Panel is a motion, pursuant to 28 U.S.C. §1407, by the Washington plaintiffs to transfer the Alaska action to the Western District of Washington for coordinated or consolidated pretrial proceedings with the action pending there. The Alaska plaintiffs support the motion. Defendants oppose the motion; alternatively, they suggest Section 1407 centralization in the Alaska forum.

On the basis of the papers filed and the hearing held, the Panel finds that transfer at this time would neither serve the convenience of the parties and witnesses nor further the just and efficient conduct of this litigation. We note that the Washington action was stayed on February 12, 1991, pending the outcome of the Alaska action. Thus in effect only one action is proceeding and the multidistrict character of this docket has dissipated.

IT IS THEREFORE ORDERED that the motion, pursuant to 28 U.S.C. §1407, for transfer of the action pending in the District of Alaska be, and the same hereby is, DENIED.

FOR THE PANEL:

John F. Nangle
Chairman